NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUESE JOHNSON,                          )
a/k/a MARQUESE ANTIWAN JOHNSON,    )
                                                           )
            Appellant,                              )
                                                           )
v.                                                         )          Case No. 2D17-3492
                                                           )
STATE OF FLORIDA,                            )
                                                           )
            Appellee.                               )
_____)

Opinion filed September 28, 2018.

Appeal from the Circuit Court for Pinellas
County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.